UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION                                    CASE NO. 3:16-CV-634

Thomas H. Matthews
PLAINTIFF

−*v*−

AM General, LLC
DEFENDANT

# DISMISSAL STIPULATION

The parties stipulate to the dismissal of this matter, with prejudice. Costs paid.

DATE: November 7, 2017

/s/ Janet G. Horvath
Janet G. Horvath | 24238-53
## JONES OBENCHAIN, LLP
600 KEYBANK BUILDING
202 S. MICHIGAN ST.
POST OFFICE BOX 4577
SOUTH BEND, IN 46634-4577

574.233.1194 | 574.233.8957 FAX

JGH@JONESOBENCHAIN.COM

Attorney for Tom Matthews


/s/ Stephen M. Judge
Stephen M. Judge
R. John Kuehn
Sean J. Quinn
Ladue |Curran | Kuehn
100 East Wayne Street, Suite 300
South Bend, Indiana 46601
Telephone: 574-968-0760
Fax: 574-968-0761

Attorneys for AM General